# Exhibit 1

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002044620 / 2017-05-08

Application Title: Group Registration Photos, Landscape and Commercial,
                      Published approx. Feb. 01, 2014; 432 photos.

Title:             Group Registration Photos, Landscape and Commercial,
                      Published approx. Feb. 01, 2014; 432 photos.

Description:       Electronic file (eService)

Copyright Claimant:
                   Paul Reiffer, 1980-   .

Date of Creation:  2014

Date of Publication:
                   2014-02-01

Nation of First Publication:
                   United Kingdom

Authorship on Application:
                   Paul Reiffer, 1980-   ;   Domicile: United Kingdom;
                      Citizenship: United Kingdom. Authorship: photograph.

Rights and Permissions:
                   Paul Reiffer, 105 Portland Road, Weymouth, DT4 9BG, United
                      Kingdom, +442081230250, info@paulreiffer.com

Names:             Reiffer, Paul, 1980-

================================================================================
```