# Exhibit 2



(http://lj.travel/trips/trip-australia-new-zealand-leisure-september-2018)



2017 - 2018 Australia & New Zealand Escorted Tour - 18 Days From $4299. LowCost AIR Available from just $99!

PrevNext

## Welcome to Legendary Journeys

**Legendary Journeys is one of America's largest travel companies** with 6 offices to serve you, and we're still growing! Out of more than 30,000 travel agencies in the United States, Legendary Journeys is in the top 1% of producers for the major cruise lines, including **Holland America, Carnival, Cunard, Seabourn, Costa, Princess, Royal Caribbean** and **Celebrity**. We also have our own tour division, complete with European motor coaches! Combining these features means that when you book your vacation through Legendary Journeys you are going to receive the absolute best value and best amenities possible!

Whether it's the USA, Caribbean, Mexico, Alaska, Hawaii, New England, Europe, Asia, the South Pacific or any other destination, Legendary Journeys is the very best way to get there! Don't make a thousand dollar mistake, contact us before you make a reservation on any cruise or tour! **Legendary Journeys is America's #1 Vacation Specialist!**



## Featured Trips



BEST OF CUBA TOUR: Havana, Santa Clara, Black River & Collantes Mountains, UNESCO World Heritage Trinidad, Cienfuegos

*8 Days, starting from $799*

$799 LowCost Air, Free Tours & All Transfers
Departure Date: From May 2017 to April 2018

LEARN MORE (http://lj.travel/trips/trip-best-of-cuba-04.27.18)



### Follow Us

follow us on your favorite social media site and be part of the Excitement!


(https://www.facebook.com/ljtravel)


(https://twitter.com/LJ_Travels)


(https://www.youtube.com/channel/UCDFstlmV0EooqRemWrdWBwQ/feed)


(http://www.pinterest.com/ljtravel/)

### Customer Reviews

I want to thank you for your work in making our trip to the Canadian Rockies & Alaska such a wonderful experience. It was one of the best I have had.

- Marlan
- 10/29/2015


(http://lj.travel/)

Hours of Operation Monday - Thursday 10AM - 5PM EST
Friday 10AM - 4:30PM EST

📞 **(tel:8005115411)** ✉️
**(mailto:reservations@legendaryjourneys.com)1-800-511-5411 (tel:8005115411)**

🔍 SEARCH

---

(http://lj.travel/trips/trip-australia-new-zealand-leisure-september-2018)


(http://lj.travel/trips/trip-australia-new-zealand-leisure-september-2018)

Australia and New Zealand at Leisure Auckland to Sydney

*18 Days, starting from $4399*
$99 LowCost Air, Includes Meals & Sightseeing
Departure Date: Many from 2017 to 2018!

LEARN MORE (http://lj.travel/trips/trip-australia-new-zealand-leisure-september-2018)

(http://lj.travel/trips/trip-msc-magnifica-first-ever-world-cruise-2019)


(http://lj.travel/trips/trip-msc-magnifica-first-ever-world-cruise-2019)

THE WORLD CRUISE: Rome to Milan aboard MSC Magnifica!

*122 Days, from $14,999*
$99 LowCost Air, Unlimited Beverage Package
Departure Date: January 2, 2019

LEARN MORE (http://lj.travel/trips/trip-msc-magnifica-first-ever-world-cruise-2019)

(http://lj.travel/trips/trip-trans-pacific-australia-explorer-of-the-seas-100517)


(http://lj.travel/trips/trip-trans-pacific-australia-explorer-of-the-seas-100517)

Explorer of the Seas Australia TransPACIFIC Seattle to Sydney

*27 days, starting from $2,099*
$99 LowCost Air, FREE Tours & ALL Transfers
Departure Date: October 5, 2017

LEARN MORE (http://lj.travel/trips/trip-trans-pacific-australia-explorer-of-the-seas-100517)

(http://lj.travel/trips/trip-trans-pacific-australia-maasdam-australia-transpacific-092717)   (http://lj.travel/trips/trip-trans-pacific-australia-noordam-092817)



(http://lj.travel/trips/trip-trans-pacific-australia-maasdam-australia-transpacific-092717)

Maasdam Australia TransPACIFIC
San Diego to Sydney

*27 days, starting from $2,999*
$99 AIR LOWCOST, FREE Tours & ALL Transfers
Departure Date: Septembe 27, 2017

(http://lj.travel/trips/trip-trans-pacific-australia-maasdam-australia-transpacific-092717) (http://lj.travel/trips/trip-trans-pacific-australia-maasdam-australia-transpacific-092717)
LEARN MORE (http://lj.travel/trips/trip-trans-pacific-australia-maasdam-australia-transpacific-092717)



(http://lj.travel/trips/trip-trans-pacific-australia-noordam-092817)

Noordam Australia TransPACIFIC
San Francisco to Sydney

*27 days, starting from $3,199*
$99 LowCost Air, FREE Tours & ALL Transfers
Departure Date: September 28, 2017

(http://lj.travel/trips/trip-trans-pacific-australia-noordam-092817) (http://lj.travel/trips/trip-trans-pacific-australia-noordam-092817)
LEARN MORE (http://lj.travel/trips/trip-trans-pacific-australia-noordam-092817)



Hours: Monday - Thursday 10AM - 6PM EST
Friday 10AM - 4:30PM EST

**1-800-511-5411**

SEARCH

| Home | Explore Vacations ▾ | Travel by Date ▾ | Cruise Lines ▾ | Hot Deals ▾ | Group Travel | Day Trips | Travel Club |



**Australia and New Zealand at Leisure**
**Auckland to Sydney**

**18 Days, starting from $4399**
$99 LowCost Air, Includes Meals & Sightseeing
Departure Date: Many from 2017 to 2018!

★★★★★                                  LEARN MORE



**THE WORLD CRUISE: Rome to Milan aboard MSC Magnifica!**

**122 Days, from $14,999**
$99 LowCost Air, Unlimited Beverage Package
Departure Date: January 2, 2019

★★★★★                                  LEARN MORE



**Explorer of the Seas Australia TransPACIFIC**
**Seattle to Sydney**

**27 days, starting from $2,099**
$99 LowCost Air, FREE Tours & ALL Transfers
Departure Date: October 5, 2017

★★★★★                                  LEARN MORE



**Maasdam Australia TransPACIFIC**
**San Diego to Sydney**

**27 days, starting from $2,999**
$99 AIR LOWCOST, FREE Tours & ALL Transfers
Departure Date: Septembe 27, 2017

★★★★★                                  LEARN MORE



**Noordam Australia TransPACIFIC**
**San Francisco to Sydney**

**27 days, starting from $3,199**
$99 LowCost Air, FREE Tours & ALL Transfers
Departure Date: September 28, 2017

★★★★★                                  LEARN MORE

## Trip Type
Day Trips
Hubs & Spokes
Jet Tours
Motorcoach Tours
Cruise Tours
River Cruises
Transatlantic Cruises
Holidays & Specials

## Popular Destinations
Asia Africa & Middle East
Bermuda
Canada
Caribbean
Europe
Panama Canal
Australia & New Zealand

Alaska
New England
Hawaii
Las Vegas
West Coast
East Coast
US Trips

## Cruiselines
Carnival
Celebrity
Princess
MSC Cruises
Scenic
Royal Caribbean
Holland America
Viking River Cruise

home | group travel | advertised specials | contact us | careers | terms and conditions | privacy policy

©2002-2017 Legendary Journeys. All rights reserved.
Florida Seller of Travel # 29220 | California Seller of Travel # 2055066-50



Hours of Operation Monday - Thursday 10AM - 5PM EST
Friday 10AM - 4:30PM EST

SEARCH

1-800-511-5411

Home | Explore Vacations | Travel by Date | Cruise Lines | Hot Deals | Group Travel | Day Trips | Travel Club



**18 Day Australia & New Zealand at Leisure**

2017 - 2018 Australia & New Zealand Escorted Tour - 18 Days From $4299. LowCost AIR Available from just $99!

## Welcome to Legendary Journeys

**Legendary Journeys is one of America's largest travel companies** with 6 offices to serve you, and we're still growing! Out of more than 30,000 travel agencies in the United States, Legendary Journeys is in the top 1% of producers for the major cruise lines, including **Holland America, Carnival, Cunard, Seabourn, Costa, Princess, Royal Caribbean** and **Celebrity**. We also have our own tour division, complete with European motor coaches! Combining these features means that when you book your vacation through Legendary Journeys you are going to receive the absolute best value and best amenities possible!

Whether it's the USA, Caribbean, Mexico, Alaska, Hawaii, New England, Europe, Asia, the South Pacific or any other destination, Legendary Journeys is the very best way to get there! Don't make a thousand dollar mistake, contact us before you make a reservation on any cruise or tour!

**Legendary Journeys is America's #1 Vacation Specialist!**

## Featured Trips



**BEST OF CUBA TOUR:** Havana, Santa Clara, Black River & Collantes Mountains, UNESCO World Heritage Trinidad, Cienfuegos
*8 Days, starting from $799*
$99 LowCost Air, Free Tours & All Transfers
Departure Date: From May 2017 to April 2018
 LEARN MORE



**CUBA CRUISE from Tampa:** Roundtrip Tampa aboard Carnival Paradise
*5 or 6 Days, starting from $399*
Free Bus & FREE EXCURSION in Havana
Many 2017 & 2018 Departures!
 LEARN MORE



**Special Carnival Journeys 'NO AIR' Circle The Gulf Of Mexico:** Galveston to Orlando's Port Canaveral without having to fly!
*20 Day CruiseTOUR from $1899*
FREE Tour FL to TX, FREE Bus from pier
Departure Date: September 11, 2018
 LEARN MORE



**ONLY Circumnavigation Cuba Cruise:** Havana, Cienfuegos, Santiago de Cuba & more!
*8 Days, starting from $999*
Free Drink Package & Escorted Tours
Many 2017 Departures - May to December!
LEARN MORE



**Italian Capitals at Leisure:** Milan, Venice, Florence, Rome
*14 Days, starting from $1599*
$99 LowCost Air to Europe!
Departure: November 1, 2017
LEARN MORE



**MSC's OPERA or MSC's ARMONIA CUBA SUPER VALUE CruiseTOUR:** Havana to Havana
*8 Day CruiseTOUR from $499*
$99 LowCost Air, Free Excursions & Transfers
Departures: May 2017 to Apr 2018
LEARN MORE



**MSC Divina Eastern or Western Caribbean 8 Day Cruise**
*8 Days, starting from $299*
Including: Free Bus, Shore Excursion!
Departure Date: May through Dec 2017
 LEARN MORE



**THE WORLD CRUISE:** Rome to Milan aboard MSC Magnifica!
*122 Days, from $14,999*
$99 LowCost Air, Unlimited Beverage Package
Departure Date: January 2, 2019
LEARN MORE

**MSC Cruise Lines MSC SEASIDE CARIBBEAN SUPER VALUE from Miami**
*8 Day CruiseTOUR from $439*
FREE BUS & SHORE EXCURSIONS
Departure Date: January - May, 2018
LEARN MORE



**BEST OF ASIA - MINI WORLD CRUISE:** Dubai to China!
*34 Days, from $2199*
Includes $99 LowCost Air, Pre / Post Stays
Departure Date: March 27, 2019
LEARN MORE



**CUBA OVERNIGHT SHORT CRUISE:** Miami to Miami aboard NCL Norwegian Sky
*5 Days, starting from $399*
Free Bus, shore excursions & gratuities
Departure Date: From Sep 2017 to Dec 2017
LEARN MORE



**Explorer of the Seas Australia TransPACIFIC Seattle to Sydney**
*27 days, starting from $2,099*
$99 LowCost Air, FREE Tours & ALL Transfers
Departure Date: October 5, 2017
LEARN MORE



## Follow Us

follow us on your favorite social media site and be part of the Excitement!

 

## Customer Reviews

The trip and your service were both great. I want to personally thank you, Jackie and your staff in Cuba for providing such excellent service. I hope to return to Cuba on the Legendary trip that offers 3 days in Havana and three days in Trinidad.

- Leslye
- 03/01/2014

### Trip Type
- Day Trips
- Hubs & Spokes
- Jet Tours
- Motorcoach Tours
- Cruise Tours
- River Cruises
- Transatlantic Cruises
- Holidays & Specials

### Popular Destinations
- Asia
- Bermuda
- Canada
- Caribbean
- Europe
- Panama Canal
- Australia & New Zealand

- Africa & Middle East

- Alaska
- New England
- Hawaii
- Las Vegas
- West Coast
- East Coast
- US Trips

### Cruiselines
- Carnival
- Celebrity
- Princess
- MSC Cruises
- Scenic
- Royal Caribbean
- Holland America
- Viking River Cruise

home | group travel | advertised specials | contact us | careers | terms and conditions | privacy policy

©2002-2017 Legendary Journeys. All rights reserved.
Florida Seller of Travel # 29220 | California Seller of Travel # 2055066-50