# Exhibit 3



1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

T +1.206.359.8000
F +1.206.359.9000
perkinscoie.com

July 18, 2017

Patchen M. Haggerty
PHaggerty@perkinscoie.com
D. +1.206.359.8614
F. +1.206.359.9614

**VIA E-MAIL TO RESERVATIONS@LEGENDARYJOURNEYS.COM**
**ALSO VIA U.S. MAIL**

Mr. Adrian L. Ferguson, Jr.
Legendary Journeys, Inc.
425 Parkview Drive
Sarasota, Florida  34235

Re:     Copyright Infringement Matter            SETTLEMENT COMMUNICATION
        PC Ref. 125961-0001.0075                 PURSUANT TO FRE 408

Dear Mr. Ferguson:

This firm represents Paul Reiffer ("Photographer") in connection with copyright matters.  We write concerning your unauthorized use of a copyrighted photograph owned by Photographer.

Photographer is a professional artist and earns a living by providing photography services to third parties and licensing photographs for various uses.  Photographer owns and/or controls the exclusive rights to the photograph entitled "The Morning After" found on Exhibit A, attached hereto (collectively, the "Work").  The copyright in the Work is registered under U.S. Copyright Registration Number VA0002044620, a copy of which is attached hereto as Exhibit B.

Photographer recently discovered your unauthorized use of the Work on the homepage of your website located at your website located <http://lj.travel/> and at <http://lj.travel/categories/australia-and-new-zealand> to promote a vacation package to Australia and New Zealand without Photographer's permission (the "Infringing Use").  Attached as Exhibit C, please find a copy of the Infringing Use.  This conduct constitutes an infringement of Photographer's copyrights in violation of the U.S. Copyright Act, 17 U.S.C. §§101, *et seq*., as well as other common law and statutory rights, by reproducing, displaying, distributing, altering, and otherwise commercially exploiting the Work via, at minimum, the Infringing Use.  This blatant unauthorized use of the Work constitutes knowing, willful, and flagrant violations of our client's rights in and to the Work, thereby entitling Photographer to recover damages, statutory damages of up to $150,000, attorney's fees, punitive damages, and entry of immediate and permanent injunctive relief.

Please be advised that taking down the Infringing Use does not absolve you of liability, and our office has electronically saved instances of the Infringing Use for the preservation of evidence in the event of litigation.  Please provide this letter to your general liability carriers or other providers of insurance that may cover this claim.

136222758.1
Perkins Coie LLP

Mr. Adrian L. Ferguson, Jr.
July 18, 2017
Page 2

In order to amicably resolve this matter, you must:

1. Immediately and permanently cease and desist from the reproduction, display, distribution, and other exploitation of the Work, both physically and digitally, and cease any and all other use of the Work in any form or medium;

2. Immediately provide our office with:
    a. all documentation of all licenses, agreements, and other authorizations, if any, by or pursuant to which you claim any rights to reproduce, display, distribute, or otherwise exploit the Work. While our client has no record of you having a license to use the Work, if you believe you have a license, we will of course review the same;
    b. the identity, including the names, addresses, phone numbers, and email addresses, of all parties associated with your uses of the Work, including, without limitation, the individual who initially discovered the Work, any third-party designer or advertising agency associated with the Infringing Use, and all other manufacturers, vendors, persons, or entities involved in the reproduction, display, distribution or exploitation of the Work;
    c. a copy of all accountings, books, records, and statements related to the reproduction, display, distribution, or other exploitation of the Work, including without limitation, related to the Infringing Use;
    d. a list of all other uses of the Work not contained on Exhibit C;
    e. a list of all other uses of images owned or controlled by Photographer that have been exploited by you, or your affiliates, not referenced on Exhibit A or C, and copies of all webpages, videos, advertisements, or other materials related to the same;
    f. a representation that all activity, whether commercial or non-commercial, with respect to the Work ceased immediately upon receipt of this correspondence, if not prior thereto, and will not be resumed in the future absent written authorization from Photographer; and
    g. a representation that the information furnished to our office pursuant to the foregoing is true and accurate.

3. Permanently preserve any and all documents and records relating to this matter, including without limitation, all physical records or electronic data which may be relevant and/or discoverable in the event of litigation. The failure to preserve such information pertaining to this matter will be considered spoliation of evidence and could subject all applicable parties to additional criminal or civil liability.

4. Make a payment to Photographer in an amount to be determined, pending review of a complete accounting of the books and records regarding the exploitation of the Work.

Mr. Adrian L. Ferguson, Jr.
July 18, 2017
Page 3

You may contact our office by email at phaggerty@perkinscoie.com to set up a time to discuss settlement without prejudice, or to discuss any other inquiry that you may have regarding this matter. Absent a response within seven (7) days from the date of this correspondence, Photographer will be forced to consider pursuing any and all remedies that may be available at law and/or in equity including commencing litigation.

This correspondence is a confidential settlement communication and is not intended to be a complete recitation of the facts or circumstances relevant to this matter. Nothing herein will be deemed an admission or waiver of any of Photographer's rights or remedies. All rights and remedies are reserved and none are waived.

Sincerely,

PERKINS COIE LLP

Patchen M. Haggerty

# EXHIBIT A



# EXHIBIT B

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Reiffer
Search Results: Displaying 4 of 8 entries



*Group Registration Photos, Landscape and Commercial, Published approx. Feb....*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002044620 / 2017-05-08 |
| **Application Title:** | Group Registration Photos, Landscape and Commercial, Published approx. Feb. 01, 2014; 432 photos. |
| **Title:** | Group Registration Photos, Landscape and Commercial, Published approx. Feb. 01, 2014; 432 photos. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Paul Reiffer, 1980- . Address: 105 Portland Road, Weymouth, DT4 9BG, United Kingdom. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-02-01 |
| **Nation of First Publication:** | United Kingdom |
| **Authorship on Application:** | Paul Reiffer, 1980- ; Domicile: United Kingdom; Citizenship: United Kingdom. Authorship: photograph. |
| **Rights and Permissions:** | Paul Reiffer, 105 Portland Road, Weymouth, DT4 9BG, United Kingdom, +442081230250, info@paulreiffer.com |
| **Contents:** | 20141202-IMG_6971, 20141201-Jetty-Pose-Template, 20141201-IMG_6963, 20141201-IMG_6967, 20141201-IMG_6962, 20141201-IMG_6960, 20141201-IMG_6949, 20141204-IMG_7800, 20141204-CF001539, 20141203-IMG_7765, 20141203-IMG_7764, 20141203-IMG_7763, 20141203-IMG_7761, 20141231-IMG_0436, 20141231-IMG_0448, 20141231-IMG_0420, 20141231-IMG_0437, 20141231-IMG_0418, 20141231-IMG_0417, 20141231-CF001709, 20141231-CF001722_1, 20141231-CF001719, 20141231-CF001708-combined, 20141203-CF001477, 20141203-CF001474, 20141203-CF001457, 20141202-IMG_7408, 20141202-IMG_7391, 20140301-CF002768, 20140301-CF002770, 20140301-CF002760, 20141019-CF000875-New-Colours, 20141019-CF000854, 20140619-CF005748, 20140619-CF005742, 20140619-CF005738, 20140302-CF002955-2, 20140302-CF002945, 20141203-IMG_7717, 20141203-IMG_7714, 20141203-IMG_7685, 20141203-IMG_7639, 20141203-IMG_7638, 20141203-IMG_7620, 20141203-IMG_7606, 20141203-IMG_7604, 20140914-CF000033-new, 20140914-CF000033-new-crop, 20140616-CF005489, 20140616-CF005475, 20140616-CF005448, 20140615-CF005333, 20140615-CF005303, 20140615-CF005270, 20140608-CF005183, 20140607-CF005161, 20140603-CF004963, 20140603-CF004971, 20140603-CF004955, 20140329-CF003135, 20140323-CF003066, 20140326-CF000490-letterbox, 20140323-CF003058, 20140322-CF003005, 20141202-IMG_7073, 20141202-IMG_7053, 20141202-IMG_7049, 20141202-IMG_7050, 20141202-IMG_7041, 20141202-IMG_7016, 20141202-IMG_7017, 20140617-CF005681, 20140617-CF005639, 20140224-CF001865-2, 20140224-CF001861-2, 20140224-CF001849, 20141202-IMG_7200, 20141202-IMG_7123, |

20141202-IMG_7102, 20141204-CF001535, 20141204-CF001533, 20141204-CF001530, 20141204-CF001529, 20141204-CF001520, 20141204-CF001509, 20141204-CF001507, 20141204-CF001497, 20141204-CF001493, 20141204-CF001491, 20140915-CF000271, 20140915-CF000265, 20140915-CF000253, 20140720-CF006046, 20140720-CF006026 (published approx. February 01, 2014).
20140720-CF006014, 20140720-CF006012, 20140620-CF005977, 20140620-CF005970, 20140620-CF005930, 20140620-CF005953, 20141201-CF001255, 20141110-CF001176, 20141102-CF001082, 20141230-CF001696, 20141230-CF001698, 20141208-CF001580, 20141208-CF001579, 20141208-CF001578, 20141204-IMG_7951, 20141204-IMG_7876, 20141204-IMG_7862, 20141204-IMG_7824, 20141204-IMG_7822, 20141203-IMG_7774, 20141203-IMG_7735, 20141203-IMG_7733, 20141203-IMG_7595, 20141203-IMG_7576, 20141203-IMG_7542, 20141203-IMG_7541, 20141203-IMG_7536, 20141203-IMG_7525, 20141203-IMG_7519, 20141203-CF001460, 20141203-CF001444, 20141203-CF001454, 20141203-CF001439, 20141202-IMG_7425, 20141202-IMG_7427, 20141202-IMG_7418, 20141202-IMG_7409, 20141202-IMG_7401, 20141202-IMG_7400, 20141202-IMG_7362, 20141202-IMG_7299, 20141202-IMG_7298, 20141202-IMG_7243, 20141202-IMG_7233, 20141202-IMG_7210, 20141202-IMG_7179, 20141202-IMG_7110, 20141202-IMG_7074, 20141202-IMG_7057, 20141202-IMG_6990, 20141201-IMG_6923, 20141201-IMG_6921, 20141201-IMG_6912, 20141201-IMG_6900, 20141201-IMG_6886, 20141201-IMG_6868, 20141201-IMG_6871, 20141201-IMG_6845, 20141201-IMG_6841, 20141201-IMG_6837, 20141201-CF001280_2, 20141201-CF001267, 20141201-CF001272, 20141201-CF001261, 20141021-CF001020, 20141020-CF000995, 20141021-CF001008, 20141020-CF000994, 20141020-CF000993, 20141019-CF000965, 20141019-CF000910, 20141019-CF000875, 20141019-CF000851, 20141019-CF000851-YELLOW-1, 20141019-CF000836, 20141019-CF000824-final, 20141019-CF000824, 20141019-CF000824-2, 20141019-CF000824_2, 20141017-CF000553, 20140927-Shanghai-Calling-2-Do-Not-Print, 20140927-Shanghai-Calling-2-Corrected, 20140925-CF000405-crop, 20140916-CF000481, 20140916-CF000437, 20140916-CF000425-Option1, 20140916-CF000425, 20140915-CF000401, 20140915-CF000382, 20140915-CF000374-edit, 20140915-CF000351, 20140915-CF000343, 20140915-CF000321 (published approx. February 01, 2014).
20140915-CF000310, 20140915-CF000212, 20140915-CF000195, 20140915-CF000174, 20140914-CF000149, 20140914-CF000139, 20140914-CF000073, 20140914-CF000108, 20140727-CF005888-portrait, 20140724-CF005714-tight-crop, 20140620-CF005927, 20140620-CF005923, 20140619-CF005907, 20140619-CF005903, 20140619-CF005898, 20140619-CF005888, 20140619-CF005862, 20140619-CF005872, 20140619-CF005795, 20140619-CF005787, 20140619-CF005787-2, 20140619-CF005776, 20140619-CF005768, 20140619-CF005761, 20140619-CF005749, 20140619-CF005714, 20140619-CF005732, 20140619-CF005727, 20140619-CF005707, 20140617-CF005695, 20140617-CF005691, 20140617-CF005667, 20140617-CF005684, 20140616-CF005595_v2, 20140616-CF005585, 20140616-CF005576, 20140616-CF005568, 20140616-CF005547, 20140616-CF005502, 20140616-CF005529, 20140616-CF005428, 20140616-CF005407, 20140615-CF005389, 20140615-CF005375, 20140615-CF005375-2, 20140615-CF005349, 20140615-CF005339, 20140615-CF005260, 20140615-CF005237, 20140615-CF005237-2, 20140615-CF005229, 20140615-CF005217, 20140613-CF005209, 20140613-CF005203, 20140608-CF005193, 20140607-CF005156, 20140607-CF005141, 20140607-CF005124, 20140606-CF005117, 20140606-CF005110, 20140605-CF005106, 20140605-CF005081, 20140603-CF004948, 20140603-CF004944-polopan-option, 20140603-CF004944, 20140601-CF004870, 20140601-CF004815, 20140523-CF004807, 20140523-CF004807-polopan, 20140523-CF004804, 20140523-CF004796, 20140517-CF004684, 20140517-CF004646, 20140517-CF004595, 20140512-CF004503, 20140516-CF004529, 20140509-CF004452, 20140424-Capture_One_Catalog4323, 20140424-Capture_One_Catalog4271, 20140424-Capture_One_Catalog4260, 20140424-Capture_One_Catalog4214, 20140423-Capture_One_Catalog4182, 20140423-Capture_One_Catalog4176, 20140423-Capture_One_Catalog4003, 20140423-Capture_One_Catalog3982, 20140413-CF003855, 20140331-CF003761-draft-low_res-preview (published approx. February 01, 2014).

20140331-CF003672, 20140331-CF003674, 20140331-CF003634, 20140331-CF003634-8000px, 20140331-CF003630, 20140331-CF003630-1100px, 20140330-CF003580, 20140330-CF003576, 20140329-CF003381, 20140329-CF003284, 20140329-CF003194, 20140329-CF003179, 20140329-CF003145, 20140309-CF000055-letterbox, 20140302-Thurs-CF002945, 20140302-frames-limespa, 20140302-CF002968, 20140302-CF002964, 20140302-CF002962, 20140302-CF002961, 20140302-CF002955, 20140302-CF002928, 20140302-CF002914-spa, 20140302-CF002888, 20140301-Overwater-140x70-For-Gallery-Printing, 20140301-CF002871, 20140301-CF002877, 20140301-CF002825-v2, 20140301-CF002750, 20140301-CF002729, 20140301-CF002687, 20140301-CF002704, 20140301-CF002685, 20140301-CF002653, 20140301-CF002641, 20140301-CF002616-v3, 20140228-CF002582, 20140228-CF002580, 20140228-CF002579, 20140228-CF002570, 20140228-CF002579-v1, 20140228-CF002539, 20140228-CF002557_1, 20140226-CF002460, 20140228-CF002498, 20140226-CF002446, 20140226-CF002389, 20140226-CF002403, 20140226-CF002327, 20140226-CF002300, 20140225-frames-subsix, 20140225-CF002249, 20140225-CF002252, 20140225-CF002246, 20140225-CF002195, 20140225-CF002225, 20140225-CF002189, 20140225-CF002148, 20140224-CF002040, 20140224-CF002023, 20140224-CF002023-v3, 20140224-CF001931, 20140224-CF001882, 20140224-CF001865, 20140224-CF001861, 20140223-CF001830, 20140208-CF001782, 20140206-CF001735, 20140203-CF001534, 20140203-CF001493, 20140203-CF001443, 20140203-CF001421, 20140203-CF001378, 20140130-CF001342-1, 20140130-CF001315, 20140130-CF001296, 20140129-CF001290, 20140129-CF001289, 20141202-IMG_7399, 20141202-IMG_7398, 20141202-IMG_7395, 20141202-IMG_7386, 20141202-IMG_7384, 20141202-IMG_7379, 20141202-IMG_7373, 20141202-IMG_7365, 20140331-CF003627, 20140330-CF003623, 20140330-CF003587, 20140129-CF001286, 20140129-CF001280, 20140129-CF001283, 20140112-CF001271 (published approx. February 01, 2014).

20140111-CF001213, 20140111-CF001224, 20140111-CF001213-sw-le-33x22, 20141231-CF001706-v2, 20141230-CF001695, 20141230-CF001681, 20141225-CF001598, 20141221-CF001591-cropped, 20141220-CF001591, 20141220-CF001583, 20141220-CF001583-2, 20140523-CF004799, 20140523-CF004799-polopan, 20140424-Capture_One_Catalog4399, 20140429-CF002539-v3, 20140424-Capture_One_Catalog4326, 20140228-CF002521, 20140228-CF002529, 20140228-CF002513, 20140225-CF002154, 20140225-CF002100, 20140131-CF001366, 20140131-CF001344, 20141203-IMG_7760, 20141203-IMG_7759, 20141203-IMG_7755, 20141203-IMG_7754, 20141203-IMG_7746, 20141201-IMG_6946, 20141201-IMG_6930, 20140412-IMG_0270, 20140408-CF002446-square, 20140406-CF003809, 20140406-CF003809-T-Planet, 20140406-CF003809-letterbox, 20140331-CF003770, 20140331-CF003761, 20141201-IMG_6857, 20141201-IMG_6852, 20141201-IMG_6849, 20141019-CF000822, 20141018-CF000772, 20141017-CF000689, 20140915-CF000405, 20140915-CF000405-2, 20140620-CF005942, 20140423-Capture_One_Catalog4159, 20140423-Capture_One_Catalog4070, 20140423-Capture_One_Catalog4037, 20140423-Capture_One_Catalog4023, 20140619-CF005813, 20140619-CF005797, 20140330-CF003562, 20140330-CF003509, 20140330-CF003471, 20140330-CF003448, 20140330-CF003420, 20140330-CF003417, 20140330-CF003392, 20140330-CF003392-low_res, 20140228-New_Dive-In-High-Res-16bit, 20140228-CF002595, 20140226-CF002320, 20140226-CF002279, 20140226-CF002276 (published approx. February 01, 2014).

**Names:** [Reiffer, Paul, 1980-](#)



| Save, Print and Email ([Help Page](#)) ||
|---|---|
| Select Download Format | Full Record ▼   Format for Print/Save |
| Enter your email address: | [_____] Email |

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# EXHIBIT C



(http://lj.travel/trips/trip-australia-new-zealand-leisure-september-2018)



2017 - 2018 Australia & New Zealand Escorted Tour - 18 Days From $4299. LowCost AIR Available from just $99!

PrevNext

## Welcome to Legendary Journeys

**Legendary Journeys is one of America's largest travel companies** with 6 offices to serve you, and we're still growing! Out of more than 30,000 travel agencies in the United States, Legendary Journeys is in the top 1% of producers for the major cruise lines, including **Holland America, Carnival, Cunard, Seabourn, Costa, Princess, Royal Caribbean** and **Celebrity**. We also have our own tour division, complete with European motor coaches! Combining these features means that when you book your vacation through Legendary Journeys you are going to receive the absolute best value and best amenities possible!

Whether it's the USA, Caribbean, Mexico, Alaska, Hawaii, New England, Europe, Asia, the South Pacific or any other destination, Legendary Journeys is the very best way to get there! Don't make a thousand dollar mistake, contact us before you make a reservation on any cruise or tour! **Legendary Journeys is America's #1 Vacation Specialist!**



## Featured Trips



BEST OF CUBA TOUR: Havana, Santa Clara, Black River & Collantes Mountains, UNESCO World Heritage Trinidad, Cienfuegos

*8 Days, starting from $799*

$99 LowCost Air, Free Tours & All Transfers
Departure Date: From May 2017 to April 2018

LEARN MORE (http://lj.travel/trips/trip-best-of-cuba-04.27.18)



### Follow Us

follow us on your favorite social media site and be part of the Excitement!


(https://www.facebook.com/ljtravel)


(https://twitter.com/LJ_Travels)


(https://www.youtube.com/channel/UCDFstlmV0EooqRemWrdWBwQ/feed)


(http://www.pinterest.com/ljtravel/)

### Customer Reviews

I want to thank you for your work in making our trip to the Canadian Rockies & Alaska such a wonderful experience. It was one of the best I have had.

- Marlan
- 10/29/2015


(http://lj.travel/)

Hours of Operation Monday - Thursday 10AM - 5PM EST
Friday 10AM - 4:30PM EST

📞 **(tel:8005115411)** ✉️ **(mailto:reservations@legendaryjourneys.com)1-800-511-5411 (tel:8005115411)**

🔍 SEARCH

(http://lj.travel/trips/trip-australia-new-zealand-leisure-september-2018)


(http://lj.travel/trips/trip-australia-new-zealand-leisure-september-2018)

Australia and New Zealand at Leisure Auckland to Sydney

*18 Days, starting from $4399*
$99 LowCost Air, Includes Meals & Sightseeing
Departure Date: Many from 2017 to 2018!

LEARN MORE (http://lj.travel/trips/trip-australia-new-zealand-leisure-september-2018)

(http://lj.travel/trips/trip-msc-magnifica-first-ever-world-cruise-2019)


(http://lj.travel/trips/trip-msc-magnifica-first-ever-world-cruise-2019)

THE WORLD CRUISE: Rome to Milan aboard MSC Magnifica!

*122 Days, from $14,999*
$99 LowCost Air, Unlimited Beverage Package
Departure Date: January 2, 2019

LEARN MORE (http://lj.travel/trips/trip-msc-magnifica-first-ever-world-cruise-2019)

(http://lj.travel/trips/trip-trans-pacific-australia-explorer-of-the-seas-100517)


(http://lj.travel/trips/trip-trans-pacific-australia-explorer-of-the-seas-100517)

Explorer of the Seas Australia TransPACIFIC Seattle to Sydney

*27 days, starting from $2,099*
$99 LowCost Air, FREE Tours & ALL Transfers
Departure Date: October 5, 2017

LEARN MORE (http://lj.travel/trips/trip-trans-pacific-australia-explorer-of-the-seas-100517)

(http://lj.travel/trips/trip-trans-pacific-australia-maasdam-australia-transpacific-092717)   (http://lj.travel/trips/trip-trans-pacific-australia-noordam-092817)



(http://lj.travel/trips/trip-trans-pacific-australia-maasdam-australia-transpacific-092717)

Maasdam Australia TransPACIFIC
San Diego to Sydney

*27 days, starting from $2,999*
$99 AIR LOWCOST, FREE Tours & ALL Transfers
Departure Date: Septembe 27, 2017

(http://lj.travel/trips/trip-trans-pacific-australia-maasdam-australia-transpacific-092717) (http://lj.travel/trips/trip-trans-pacific-australia-maasdam-australia-transpacific-092717)
LEARN MORE (http://lj.travel/trips/trip-trans-pacific-australia-maasdam-australia-transpacific-092717)



(http://lj.travel/trips/trip-trans-pacific-australia-noordam-092817)

Noordam Australia TransPACIFIC
San Francisco to Sydney

*27 days, starting from $3,199*
$99 LowCost Air, FREE Tours & ALL Transfers
Departure Date: September 28, 2017

(http://lj.travel/trips/trip-trans-pacific-australia-noordam-092817) (http://lj.travel/trips/trip-trans-pacific-australia-noordam-092817)
LEARN MORE (http://lj.travel/trips/trip-trans-pacific-australia-noordam-092817)